**IT IS ORDERED as set forth below:**

**Date: December 9, 2021**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 7 |
| TEAM RTR2, LLC, ) | |
| ) | Case No.: 21-56696-JWC |
| Debtor. ) | |
| ) | |

## ORDER MODIFYING STAY AS TO NAUTILUS INSURANCE COMPANY

Nautilus Insurance Company ("Nautilus") filed a *Motion for Relief of Stay and Supporting Memorandum of Law* [Doc. No. 21] on October 20, 2021. On December 2, 2021, a hearing was held concerning the motion.

The Court, having reviewed the motion and heard arguments on the same, and good cause appearing for the granting of the motion,

IT IS HEREBY ORDERED that the Motion is **GRANTED**. Nautilus may proceed with the declaratory judgment action in order to determine its obligations to

defend or indemnify Debtor. The declaratory action is further identified as, <u>Nautilus Insurance Company v. Team RTR2, LLC d/b/a Zen Massage and Chanise Gibbs</u>, United States District Court, Northern District of Georgia, Civil Action File No.: 1:21-cv-03146-SDG. The automatic stay is modified accordingly and shall otherwise remain in effect, except as otherwise modified by the Court.

[END OF DOCUMENT]

*Presented by:*

*/s/ M. Cole Walker Jr.*
Philip W. Savrin
Georgia Bar No. 627836
M. Cole Walker Jr.
Georgia Bar No. 688704
*Counsel for Nautilus Insurance Company*

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
T: 770-818-0000
F: 770-937-9960
psavrin@fmglaw.com
cole.walker@fmglaw.com

## **DISTRIBUTION LIST**

Team RTR2, LLC dba Zen Massage
5221 Barrington Trace Drive, SW
Atlanta, GA 30331

Theodore N. Stapleton, Esq.
Theodore N. Stapleton, P.C.
2802 Paces Ferry Road
Suite 100-B
Atlanta, GA 30339

Jordan E. Lubin, Esq.
Lubin Law, PC
8325 Dunwoody Place
Building 2
Atlanta, GA 30350

M. Cole Walker Jr., Esq.
100 Galleria Pkwy
Suite 1600
Atlanta, GA 30339