## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re: Debtor(s)
**Team RTR2, LLC**
5221 Barrington Trace Drive, SW
Atlanta, GA 30331

26–2404210

Case No.: **21–56696–jwc**
Chapter: **7**
Judge: **Jeffery W. Cavender**

### ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

### Jordan E. Lubin

the Trustee in said case, has filed a report of no distribution and that said Trustee has performed all other and further duties as required in the administration of said estate;

**IT IS THEREFORE ORDERED** that said report be and it hereby is approved and that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged from and relieved of the trust.

_____
Jeffery W. Cavender
United States Bankruptcy Judge

Dated: March 23, 2022
Form 184